IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUAN BRADLEY,<br><br>        Plaintiff,<br><br>vs.<br><br>RICHARD G. KOPF, Senior District Court Judge, Individual and Official Capacity; WARREN K. URBOM, District Court Judge, Individual and Official Capacity; REINQUIST, Supreme Court Justice, Individual and Official Capacity; THURGOOD MARSHALL, Former Late Supreme Court Justice, Individual and Official Capacity; LAURIE SMITH CAMP, ALL FEDERAL DISTRICT COURT JUDGES, AND ALL SUPREME COURT JUDGES,<br><br>        Defendants. | 8:17CV15<br><br>MEMORANDUM AND ORDER |

      This matter is before the court on Plaintiff's Motion for Leave to Proceed In Forma Pauperis ("IFP"). ([Filing No. 2](#).) As set forth in the Prison Litigation Reform Act, a prisoner cannot:

> [B]ring a civil action . . . or proceeding [in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action . . . in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

[28 U.S.C. §1915(g)](#).

The following three cases brought by Plaintiff were dismissed as frivolous:

- *Bradley v. Urbom*, *et al.*, Case No. 8:92CV54 (D. Neb.), dismissed as frivolous on March 10, 1992.

- *Bradley v. The Senate*, *et al.*, Case No. 8:92CV96 (D. Neb.), dismissed as frivolous on May 7, 1992.

- *Bradley v. U.S. District Court*, *et al.*, Case No. 8:92CV127 (D. Neb.), dismissed as frivolous on March 13, 1992.

In light of the foregoing, the court will give Plaintiff 30 days in which to show cause for why this case should not be dismissed pursuant to the provisions of 28 U.S.C. 1915(g). In the alternative, Plaintiff may pay the full $400.00 filing and administrative fees. In the absence of good cause shown, or the payment of the necessary fees, this action will be dismissed.

IT IS THEREFORE ORDERED that:

1.   Plaintiff has 30 days to either show cause for why this case should not be dismissed pursuant to 28 U.S.C. § 1915(g) or pay the court's $400.00 filing and administrative fees.

2

2. The clerk's office is directed to set a pro se case management deadline in this matter with the following text: February 23, 2017: deadline for Plaintiff to show cause or pay fees.

Dated this 25th day of January, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge