## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUAN BRADLEY,<br><br>                    Plaintiff,<br><br>          vs.<br><br>RICHARD G. KOPF, Senior District Court Judge, Individual and Official Capacity; WARREN K. URBOM, District Court Judge, Individual and Official Capacity;  REINQUIST, Supreme Court Justice, Individual and Official Capacity; THURGOOD MARSHALL, Former Late Supreme Court Justice, Individual and Official Capacity; LAURIE SMITH CAMP, ALL FEDERAL DISTRICT COURT JUDGES, and  ALL SUPREME COURT JUDGES,<br><br>                    Defendants. | **8:17CV15**<br><br><br>**MEMORANDUM<br>AND ORDER** |

On January 25, 2017, the court ordered Plaintiff to show cause for why this case should not be dismissed pursuant to 28 U.S.C. 1915(g) or pay the court's $400 filing and administrative fees by February 23, 2017, or face dismissal of this action. (Filing No. 7.) To date, Plaintiff has not filed a response or paid the $400 fees.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice. The court will enter Judgment by a separate document.

Dated this 2nd day of March, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge